FILED: June 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1522 (L)
(1:14-cv-00075-IMK)
_____

MYLAN PHARMACEUTICALS, INCORPORATED,

       Plaintiff – Appellant,

and

WATSON LABORATORIES, INCORPORATED; LUPIN PHARMACEUTICALS, INCORPORATED,

       Intervenors/Plaintiffs,

    v.

UNITED STATES FOOD AND DRUG ADMINISTRATION,

       Defendant – Appellee,

TEVA PHARMACEUTICALS USA, INCORPORATED,

       Intervenor/Defendant – Appellee.

_____

No. 14-1529
(1:14-cv-00075-IMK)
_____

MYLAN PHARMACEUTICALS, INCORPORATED,

Plaintiff,

WATSON LABORATORIES, INCORPORATED,

Intervenor/Plaintiff,

and

LUPIN PHARMACEUTICALS, INCORPORATED,

Intervenor/Plaintiff – Appellant,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION,

Defendant – Appellee,

TEVA PHARMACEUTICALS USA, INCORPORATED,

Intervenor/Defendant – Appellee.

_____

No. 14-1593
(1:14-cv-00075-IMK)

_____

MYLAN PHARMACEUTICALS, INCORPORATED,

Plaintiff,

LUPIN PHARMACEUTICALS, INCORPORATED,

Intervenor/Plaintiff,

and

WATSON LABORATORIES, INCORPORATED,

Intervenor/Plaintiff – Appellant,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION,

Defendant – Appellee,

TEVA PHARMACEUTICALS USA, INCORPORATED,

Intervenor/Defendant – Appellee.

_____

O R D E R

_____

Upon consideration of the amended motion for expedited briefing, with stipulated briefing schedule, and consent motion for leave to file separate briefs, the court grants the motion. The clerk is directed to establish a briefing schedule in conformity to the schedule included in the motion. The case is tentatively scheduled for the September 16-19, 2014 session of court.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk