FILED: June 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1522 (L)
(1:14-cv-00075-IMK)

_____

MYLAN PHARMACEUTICALS, INCORPORATED

      Plaintiff - Appellant

and

WATSON LABORATORIES, INCORPORATED; LUPIN PHARMACEUTICALS, INCORPORATED

      Intervenors/Plaintiffs

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION

      Defendant - Appellee

TEVA PHARMACEUTICALS USA, INCORPORATED

      Intervenor/Defendant - Appellee

_____

O R D E R
_____

The court sets the briefing schedule as follows:

Appendix due: 07/03/2014

Opening brief due of appellants Mylan and Watson: 07/03/2014

Separate brief due of appellant Lupin: 07/03/2014

Response brief due: 08/01/2014

Any reply brief: 08/08/2014.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk